No. 03–6971. HARLEY v. McMASTER, ATTORNEY GENERAL OF SOUTH CAROLINA, ET AL. C. A. 4th Cir. Certiorari denied.

No. 03–6973. ADAMS v. SCHRIRO ET AL. C. A. 8th Cir. Certiorari denied.

No. 03–6977. BOMAR v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 03–6978. FELIX v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 03–6981. COCKERHAM v. COCKERHAM ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–6984. DURRANCE v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 03–6987. DORSETT v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 03–6988. MARIAN v. CALIFORNIA ET AL. (two judgments). Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 03–6994. CAREY v. MYERS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–6996. HIEU PHAM v. LINDSEY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–6997. BACK v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–7003. PRINCE v. CURTIS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–7006. SHIFFER v. VARNER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT SMITHFIELD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–7015. FENLON v. TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 03–7017. FEASTER v. POPPELL, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.